JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>      Plaintiff,<br><br>  v.<br><br>Umberto Cano;<br>Martha Patricia Cano;<br>Donna Evans; and Does 1-10,<br><br>      Defendants. | Case:EDCV 14-00467-VAP (SPX)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice.

Dated: October 30, 2014

_____
VIRGINIA A. PHILLIPS,
U.S. DISTRICT JUDGE

1

Stipulation for Dismissal          Case: EDCV 14-00467-VAP (SPX)